# United States Court of Appeals for the Federal Circuit

_____

September 24, 2021

## ERRATA

_____

Appeal No. 2021-154

## IN RE:  CIRBA INC., DBA DENSIFY,
*Petitioner*

Decided:  September 22, 2021
Non-Precedential Order

_____

Please make the following change:

On page 4, line 32, change "[IP]" to "[Inc.]"